COIT & CO. clear as rights may be, parties must enforce them in the manner
vs.
CHARBONNET ET prescribed by law. No one has a right to go into a court of
AL.
justice and have an order or judgment rendered against his

---

## COIT & CO. vs. CHARBONNET ET AL.

### APPEAL FROM THE COMMERCIAL COURT OF NEW ORLEANS.

The defendants, sued as endorsers, failed in proving their defence, and judgment
against them was affirmed.

This is an action against the endorsers of a promissory note
for $1610, signed by C. Parlange.

The defendants severed in their answers, but admitted their signatures and pleaded novation; averring the plaintiffs had received goods and a new note for the original debt.

On the trial evidence was offered to prove the *maker* of the note had sent $900 worth of drilling and a note for $1000, endorsed by Materre, in lieu of and to take up the note sued on. The plaintiffs' witnesses proved that this arrangement never took effect; the drilling and note offered, were not accepted or received by the plaintiffs.

There was judgment for the plaintiffs and the defendants appealed.

*L. Peirce*, for the plaintiffs.

*Pepin*, contra.

*Martin, J.* delivered the opinion of the court.

The defendants, sued as endorsers of a promissory note, severed in their answers, admitted their signatures as endorsers, and pleaded novation. There was judgment against them and they appealed.

The case has been submitted to us without an argument. A close examination of the evidence has satisfied us that the Judge of the Commercial Court did not err in concluding that the defendants had failed in establishing their defence.

It is therefore ordered, adjudged and decreed that the judgment of the Commercial Court be affirmed with costs.